```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                    Case No. 13-06373-RNO
Robert B. Derr                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: KADavis          Page 1 of 1          Date Rcvd: Apr 11, 2019
                              Form ID: fnldec        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2019.
db             +Robert B. Derr,   206 Brown Street,   Tamaqua, PA 18252-1202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              James Randolph Wood    on behalf of Creditor    Tamaqua Area School District
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              Joseph R. Baranko, Jr.    on behalf of Creditor Colleen  Derr josephb@slusserlawfirm.com
              Joshua Andrew Gildea    on behalf of Creditor    APCI Federal Credit Union jgildea@flblaw.com,
               ccharlton@flblaw.com
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mario John Hanyon    on behalf of Creditor    DITECH FINANCIAL LLC pamb@fedphe.com
              Mary F Kennedy    on behalf of Creditor    U.S. Bank, N.A. as trustee mary@javardianlaw.com,
               tami@javardianlaw.com
              Thomas I Puleo    on behalf of Creditor    JPMorgan Chase Bank, National Association
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              Thomas K Noonan    on behalf of Debtor 1 Robert B. Derr tknesq@ptd.net, tknesqam@ptd.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Robert B. Derr,<br>**Debtor 1** | Chapter 13<br>Case No. 5:13–bk–06373–RNO |

Social Security No.:
    xxx–xx–4010

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated:  April 11, 2019          By the Court,

*[signature: Robt N. Opel II]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: KADavis, Deputy Clerk

**fnldec** (05/18)